**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

May 17, 2011

**LETTER ORDER**

Re:   **Bachner + Co., Inc., et al v. White Rose Food, et al.**
      **Civil Action No. 09-2640 (PGS-ES)**

Dear Mr. C. Michael Jackson, Sr.:

It has come to the attention of this Court that the Plaintiff in the above-referenced matter, Bachner + Co., Inc., has served you with a subpoena to testify at a deposition. It has also come to the attention of this Court that you have failed to respond to said subpoena. Pursuant to Fed. R. Civ. P. 45, a person may be held in contempt, "who, having been served [with a subpoena], fails without adequate excuse to obey the subpoena."

To ensure that adequate notice has been given, you shall have **seven days** from date of receipt of this correspondence to oppose the subpoena. If no response or opposition is received, the Court will move forward with a formal Order requiring compliance. You will be served with this letter via certified mail at the following address:

> Attn:  C. Michael Jackson, Sr.
> Jackson Partners I, Inc.
> f/k/a C.M. Jackson Associates, Inc.
> 133 Williams Drive
> Ramsey, New Jersey 07446

**SO ORDERED.**

s/Esther Salas
**Esther Salas, U.S.M.J**

cc: Counsel of Record via ECF